**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

In re
Amy Jo Sheaffer,

Case No.: 11-13575
Chapter: 7

        Debtor(s).     /

## ORDER TO APPEAR

The above named debtor(s), having filed an Application for Waiver of the Chapter 7 Filing Fee, is hereby ordered to appear before this court on October 7, 2011, at 9:00 a.m. to be examined by the court as to eligibility regarding this request. If the debtor fails to appear at the scheduled hearing, the court may deem such failure to be the debtor's consent to the entry of an order denying the fee waiver application by default and the case will be dismissed if the filing fee is not paid.

Dated: September 28, 2011

Alan Jaroslovsky
U.S. Bankruptcy Judge

Appearance to be made at:

■ 99 South E Street, Santa Rosa, California 95404

Copy:

■ Handed to debtor.    By: Wendy Karnes, Deputy Clerk on September 28, 2011

| | |
|---|---|
| 1 | **NOTICE TO PERSONS ORDERED TO APPEAR** |
| 2 | |
| 3 | You have been ordered to appear in federal court. Appropriate attire is mandatory. You |
| 4 | will not be permitted into the courtroom if you are wearing a T-shirt, shorts or sandals. |